# Third District Court of Appeal
## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-820
Lower Tribunal No. 12-42957
_____

**Florida Beach Investment, Corp., et al.,**
Appellants/Cross-Appellees,

vs.

**Fortune Ocean, LLLP, et al.,**
Appellees/Cross-Appellant.


A Cross-Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Kasowitz Benson Torres LLP, and Ann M. St. Peter-Griffith and Jacob Abrams, for appellants/cross-appellees.

Coffey Burlington, P.L., and Susan E. Raffanello and Scott A. Hiaasen, for appellee/cross-appellant Fortune Ocean, LLLP.


Before FERNANDEZ, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.